# Exhibit 2

**CHART FOR U.S. PATENT NO. 7,623,518 ("the '518 Patent")**

**Accused Products:** VMware products, including at least each of the following appliances and software infringe at least Claim 15 of the '518 Patent: VMware SD-WAN Edge 510, Edge 510 LTE, Edge 520, Edge 540, Edge 6x0, Edge 840, Edge 2000, Edge 3x00.

| Claims | Exemplary Infringement Evidence |
|---|---|
| [15pre] A network switching circuit, comprising: | To the extent the preamble is limiting, each Accused Product comprises a network switching circuit. <br><br> ## VMware SD-WAN Edge <br><br> VMware SD-WAN Edge is an enterprise-class appliance providing secure and optimized connectivity to applications anywhere, on and off the cloud. It is zero-touch provisioned for secure and optimized connectivity to applications. <br><br> *See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf |

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
| |  *Figure 1 VMware SD-WAN by VeloCloud* <br><br> *See* VMware SD-WANTM by VeloCloud at p. 2. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | The VMware SD-WAN Edge is available as a hardware-based appliance, a virtual appliance, and on the cloud marketplace on AWS and Azure. It can also be loaded in a VM on a server or as a VNF. |

*See* VMware SD-WAN™ by VeloCloud at p. 1.

### Virtual Edge Specifications

| | 2 vCPU | 4 vCPU | 8 vCPU | 10 vCPU |
|---|---|---|---|---|
| Maximum Performance | 250 Mbps | 1 Gbps | 4 Gbps | 4 Gbps |
| Maximum Tunnel Scale | 50 | 400 | 800 | 2000 |
| Minimum Memory (DRAM) | 4 GB | 8 GB | 8 GB | 8 GB |
| Minimum Storage | 8 GB | 8 GB | 8 GB | 8 GB |
| Supported Hypervisors | ESXi 6.0, 6.5U1, 6.7U1, KVM Ubuntu 14.04 LTS or 16.04 | | | |
| Supported Public Cloud | AWS, Azure | | | |
| Support Network I/O | SR-IOV, VirtIO, VMXNET3 | | | |
| Recommended Host Settings | • CPUs at 2.0 GHz or higher<br>• CPU support for AES-NI, SSE3, SSE4 ,and RDTSC instruction set<br>• Hyper-threading disabled | | | |

*See* VMware SD-WAN™ by VeloCloud at p. 7.

| Claims | Exemplary Infringement Evidence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
| | LAN / WAN 1G RJ-45 | 4 | 4 | 2 | 2 | 2 | 6 | 6 | 6 |
| | LAN / WAN 1G SFP | | | 2 | 2 | 2 | 2 | 2 | $2^1$ |
| | L2 Switching Only RJ-45 | | | 8 | 8 | 8 | | | |
| | Integrated Wi-Fi | Yes (except 510N) | Yes | Yes | Yes | Yes | Yes (except 610N) | Yes | Yes (except 620N) |
| | Integrated LTE | | $Yes^2$ | | | | | $Yes^2$ | |
| | USB ports (3G/4G LTE) | $2^4$ | $2^4$ | $2^3 + 2^4$ | $2^3 + 2^4$ | $2^3 + 2^4$ | $2^3$ | $2^3$ | $2^3$ |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

| Claims | Exemplary Infringement Evidence |
|---|---|

Memory, storage, and third party VNFs

| Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
|---|---|---|---|---|---|---|---|---|
| System memory (RAM) | 4 GB | 4 GB | 4 GB | 8 GB | 8 GB | 4 GB | 4 GB | 8 GB |
| System flash | 8 GB | 8 GB | 8 GB | 8 GB | 8 GB | 16 GB | 16 GB | 16 GB |
| System storage | | | | 64 GB (SSD) | | | | 120 GB (SSD) |
| VNF capable (initial release) | No | No | No | Yes (3.2.0) | No | No | No | Yes (3.4.3) |

| Edge | 640, 640C, 640N | 680, 680C, 680N | 840 | 2000 | 3400, 3400C | 3800, 3800C | 3810 |
|---|---|---|---|---|---|---|---|
| System memory (RAM) | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB |
| System flash | 16 GB | 16 GB | n/a | n/a | n/a | n/a | n/a |
| System storage | 120 GB (SSD) | 120 GB (SSD) | 100 GB (SSD) | 100 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) |
| VNF capable (initial release) | Yes (3.4.3) | Yes (3.4.3) | Yes (3.2.0) | No | Yes (4.3.0) | Yes (4.3.0) | Yes (4.3.0) |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
| | **VMware SD-WAN Edge 5X0**<br><br>Model Number: Edge 5X0<br><br>Part Numbers: Edge 520, Edge 540<br><br>The SD-WAN Edge 5x0 series includes the following:<br>• 2 Gigabit Ethernet connections<br>• LAN/WAN configurable, 2G SFP WAN connection<br><br>Follow the steps below to install the Edge in the standard configuration.<br><br>*See* https://sase.vmware.com/resources/edge-520 |
| [15a] a forwarding circuit operable to detect specific received packets and to provide the specific packets on a processor port, and further operable to receive packets on one of a plurality of ports including the processor port and to forward each | Each Accused Product comprises a forwarding circuit operable to detect specific received packets and to provide the specific packets on a processor port, and further operable to receive packets on one of a plurality of ports including the processor port and to forward each received packet to a port corresponding to a destination address contained in the packet subject to access restrictions contained in a dynamic access control list. |

| Claims | Exemplary Infringement Evidence | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| received packet to a port corresponding to a destination address contained in the packet subject to access restrictions contained in a dynamic access control list; | Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
| | LAN / WAN 1G RJ-45 | 4 | 4 | 2 | 2 | 2 | 6 | 6 | 6 |
| | LAN / WAN 1G SFP | | | 2 | 2 | 2 | 2 | 2 | $2^1$ |
| | L2 Switching Only RJ-45 | | | 8 | 8 | 8 | | | |
| | Integrated Wi-Fi | Yes (except 510N) | Yes | Yes | Yes | Yes | Yes (except 610N) | Yes | Yes (except 620N) |
| | Integrated LTE | | $Yes^2$ | | | | | $Yes^2$ | |
| | USB ports (3G/4G LTE) | $2^4$ | $2^4$ | $2^3 + 2^4$ | $2^3 + 2^4$ | $2^3 + 2^4$ | $2^3$ | $2^3$ | $2^3$ |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

| Claims | Exemplary Infringement Evidence |
|---|---|
| | Memory, storage, and third party VNFs |

| Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
|---|---|---|---|---|---|---|---|---|
| System memory (RAM) | 4 GB | 4 GB | 4 GB | 8 GB | 8 GB | 4 GB | 4 GB | 8 GB |
| System flash | 8 GB | 8 GB | 8 GB | 8 GB | 8 GB | 16 GB | 16 GB | 16 GB |
| System storage | | | | 64 GB (SSD) | | | | 120 GB (SSD) |
| VNF capable (initial release) | No | No | No | Yes (3.2.0) | No | No | No | Yes (3.4.3) |

| Edge | 640, 640C, 640N | 680, 680C, 680N | 840 | 2000 | 3400, 3400C | 3800, 3800C | 3810 |
|---|---|---|---|---|---|---|---|
| System memory (RAM) | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB |
| System flash | 16 GB | 16 GB | n/a | n/a | n/a | n/a | n/a |
| System storage | 120 GB (SSD) | 120 GB (SSD) | 100 GB (SSD) | 100 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) |
| VNF capable (initial release) | Yes (3.4.3) | Yes (3.4.3) | Yes (3.2.0) | No | Yes (4.3.0) | Yes (4.3.0) | Yes (4.3.0) |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

| Claims | Exemplary Infringement Evidence |
|---|---|
| | **VMware SD-WAN Edge 5X0** <br><br> Model Number: Edge 5X0 <br><br> Part Numbers: Edge 520, Edge 540 <br><br> The SD-WAN Edge 5x0 series includes the following: <br> • 2 Gigabit Ethernet connections <br> • LAN/WAN configurable, 2G SFP WAN connection <br><br> Follow the steps below to install the Edge in the standard configuration. <br><br>  <br><br> *See* https://sase.vmware.com/resources/edge-520 <br><br> A thin "Edge" that is zero IT touch provisioned from the cloud for secured, optimized connectivity to your apps and virtualized services. The VeloCloud Edges are zero-touch, enterprise-class devices or virtual software that provide secure and optimized connectivity to private, public and hybrid applications; compute; and virtualized services. VeloCloud Edges perform deep application recognition, application and per-packet steering, on-demand remediation performance metrics and end-to-end quality of service (QoS) in addition to hosting Virtual Network Function (VNF) services. An Edge pair can be deployed to provide High Availability (HA). Edges can be deployed in branches, large sites and data centers. All other network infrastructure is provided on-demand in the cloud. <br><br> The VeloCloud Orchestrator provides centralized enterprise-wide configuration and real-time monitoring, as well as orchestrates the data flow into and through the SDWAN overlay network. Additionally, it provides the one-click provisioning of virtual services across Edges, in centralized and regional enterprise service hubs and in the cloud. <br><br> *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-16C592CA-8F02-4CEF-B8FB-769A0CDA0231.html |

| Claims | Exemplary Infringement Evidence |
|--------|-------------------------------|
| | <br><br>*Figure 1 VMware SD-WAN by VeloCloud*<br><br>*See* VMware SD-WANTM by VeloCloud at p. 2.<br><br>Enterprise Admins can provision a single Edge or multiple Edges, such as assigning a Profile configuration to an Edge or changing other Edge specific parameters. You must create a configuration for every Edge you will deploy to a specific site. This section describes what an Enterprise Admin can provision. |

| Claims | Exemplary Infringement Evidence |
|---|---|
|  | *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-0F429D7E-A399-4A57-BFE2-E592D259DBEB.html <br><br>  <br><br> *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-D583722C-9B15-444D-9B84-05BA0B1FDA94.html <br><br> 1. In the **VeloCloud Edges** screen, click the **New Edge** button, located on the top, right corner of the VCO. <br><br> 2. In the **Provision New Edge** dialog box, type a unique name for the Edge in the **Name** text field (see image below). |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | 3. From the **Model** drop-down menu, select the model of the Edge you are creating.<br><br>4. Assign a profile to the Edge by choosing a profile from the **Profile** drop-down menu.<br><br>    ○ If an Edge Staging Profile is displayed as an option due to push activation, this profile is used by a newly assigned Edge, but has not been configured with a production Profile.<br><br>    ○ If a customer has a Network-based Operator Profile, then the customer can only provision Network-based Edges. In addition, if a customer has a Segment-based Operator Profile, then the customer can only provision Segment-based Edges. (For more information about Profile migration see, Network to Segment Migration. For more information about how to create a new profile, see the Configure Profiles section titled, Create a Profile).<br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-D583722C-9B15-444D-9B84-05BA0B1FDA94.html<br><br>**Configure Firewall Rules**<br>Firewall rules are used to configure Allow or Deny Access Control List (ACL) rules. The rules are used to determine what traffic is allowed between VLANs or out from the LAN to the Internet. The rules can be based on applications, application categories, source IP address/port, destination IP address/port, DSCP tags or protocol. [Read more]<br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-AD64ABD4-4388-4CCD-BC16-E993C82817CC.html |

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
| | The **Configure Rule** dialog box appears. From this dialog box, you can select **Source**, **Destination**, and **Application** characteristics to match. Given a match, the Firewall action defined in the rule will be applied. <br><br> 2. In the **Match** area of the **Configure Rule** dialog box, there are three sections to configure the traffic: **Source**, **Destination**, and **Application**. See the steps below to configure the **Source** section of the **Match** area. <br><br> 3. In the **Source** section, click the **Define** button if you want to narrow the source traffic to a specific VLAN, an IP Address, or MAC Address, as described in the steps that follow. <br><br> 4. By default, the **Any** button is selected. If you click the **Define** button, complete the appropriate options in the sub steps below. <br><br>    a. **None**: Selected by default. <br><br>    b. **VLAN**: Click the VLAN radio button and choose the appropriate VLAN from the drop-down menu. <br><br>    c. **IP Address**: Click the IP Address radio button and type in the IP Address and choose one of the three options from the drop-down menu. <br><br> **Note:** <br><br> **Wildcard Mask** and **Subnet Mask** are new for the 3.3.1 release. |

| Claims | Exemplary Infringement Evidence |
|--------|-------------------------------|
|  |  |

| Option | Description |
|--------|-------------|
| CIDR prefix | Choose this option if you want the network defined as a CIDR value (for example: `172.10.0.0 /16` ). |
| Subnet mask | Choose this option if you want the network defined based on a Subnet mask (for example, `172.10.0.0 255.255.0.0` ). |
| Wildcard Mask | Choose the Wildcard mask option if you want the ability to narrow the enforcement of a policy to a set of devices across different IP subnets that share a matching host IP address value. The Wildcard mask matches an IP or a set of IP addresses based on the inverted Subnet mask. A '0' within the binary value of the mask means the value is fixed and a 1 within the binary value of the mask means the value is wild (can be 1 or 0). For example, a Wildcard mask of 0.0.0.255 (binary equivalent = 00000000.00000000.00000000.11111111) with an IP Address of 172.0.0, the first three octets are fixed values and the last octet is a variable value. **Note:** After you set up this rule using a Wildcard mask, you are narrowing the number of clients this rule applies to. |

d. **MAC Address**: Type in the MAC Address in the appropriate text box.

e. **Ports**: Type in the ports in the appropriate text box.

*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html

| Claims | Exemplary Infringement Evidence |
|---|---|
| | ## Outbound Firewall Rules<br><br>Click **New Rule** to add a new Firewall rule. The following dialog box appears. Using the dialog box, you can select Source, Destination, and Application characteristics to match. Given a match, the Firewall action defined in the rule will be applied.<br><br><br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html |
| [15b] a memory circuit coupled to the forwarding circuit, the memory circuit operable to store packets and operable to | Each Accused Product comprises a memory circuit coupled to the forwarding circuit, the memory circuit operable to store packets and operable to store an enhanced access control list and a dynamic access control list. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| store an enhanced access control list and a dynamic access control list; and | Memory, storage, and third party VNFs |

Memory, storage, and third party VNFs

| Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
|---|---|---|---|---|---|---|---|---|
| System memory (RAM) | 4 GB | 4 GB | 4 GB | 8 GB | 8 GB | 4 GB | 4 GB | 8 GB |
| System flash | 8 GB | 8 GB | 8 GB | 8 GB | 8 GB | 16 GB | 16 GB | 16 GB |
| System storage | | | | 64 GB (SSD) | | | | 120 GB (SSD) |
| VNF capable (initial release) | No | No | No | Yes (3.2.0) | No | No | No | Yes (3.4.3) |

| Edge | 640, 640C, 640N | 680, 680C, 680N | 840 | 2000 | 3400, 3400C | 3800, 3800C | 3810 |
|---|---|---|---|---|---|---|---|
| System memory (RAM) | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB |
| System flash | 16 GB | 16 GB | n/a | n/a | n/a | n/a | n/a |
| System storage | 120 GB (SSD) | 120 GB (SSD) | 100 GB (SSD) | 100 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) |
| VNF capable (initial release) | Yes (3.4.3) | Yes (3.4.3) | Yes (3.2.0) | No | Yes (4.3.0) | Yes (4.3.0) | Yes (4.3.0) |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

| Claims | Exemplary Infringement Evidence |
|--------|----------------------------------|
| | **VMware SD-WAN Edge 5X0**<br><br>Model Number: Edge 5X0<br><br>Part Numbers: Edge 520, Edge 540<br><br>The SD-WAN Edge 5x0 series includes the following:<br>• 2 Gigabit Ethernet connections<br>• LAN/WAN configurable, 2G SFP WAN connection<br><br>Follow the steps below to install the Edge in the standard configuration.<br><br>*See* https://sase.vmware.com/resources/edge-520<br><br>A thin "Edge" that is zero IT touch provisioned from the cloud for secured, optimized connectivity to your apps and virtualized services. The VeloCloud Edges are zero-touch, enterprise-class devices or virtual software that provide secure and optimized connectivity to private, public and hybrid applications; compute; and virtualized services. VeloCloud Edges perform deep application recognition, application and per-packet steering, on-demand remediation performance metrics and end-to-end quality of service (QoS) in addition to hosting Virtual Network Function (VNF) services. An Edge pair can be deployed to provide High Availability (HA). Edges can be deployed in branches, large sites and data centers. All other network infrastructure is provided on-demand in the cloud.<br><br>The VeloCloud Orchestrator provides centralized enterprise-wide configuration and real-time monitoring, as well as orchestrates the data flow into and through the SDWAN overlay network. Additionally, it provides the one-click provisioning of virtual services across Edges, in centralized and regional enterprise service hubs and in the cloud.<br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-16C592CA-8F02-4CEF-B8FB-769A0CDA0231.html |

| Claims | Exemplary Infringement Evidence |
|---|---|
| |  *Figure 1 VMware SD-WAN by VeloCloud*<br><br>*See* VMware SD-WANTM by VeloCloud at p. 2.<br><br>Profiles provide a composite of the configurations created in Networks and Network Services. It also adds configuration for Business Policy and Firewall rules. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-D174B662-089C-4EC9-A389-682363C40ADF.html<br><br>The following steps are typically followed when creating a new Profile:<br><br>  1. Create a Profile<br>  2. Configure Device<br>     a. Select Network<br>     b. Assign Authentication/DNS<br>     c. Configure Interface Settings<br>  3. Enable Cloud VPN<br>  4. Configure Business Policy<br>  5. Configure Firewall<br>  6. Review Profile Overview<br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-8C960BF4-AE88-4C9D-9750-FA96FBA1C0F3.html |

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
| |  |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-8C960BF4-AE88-4C9D-9750-FA96FBA1C0F3.html<br><br>VeloCloud provides multiple types of firewall configuration. Firewall configuration is defined using the Firewall tab in a Profile. Firewall configuration is for inbound and outbound firewalls and to define direct Edge access.<br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-AD64ABD4-4388-4CCD-BC16-E993C82817CC.html<br><br>**Configure Firewall Rules**<br>Firewall rules are used to configure Allow or Deny Access Control List (ACL) rules. The rules are used to determine what traffic is allowed between VLANs or out from the LAN to the Internet. The rules can be based on applications, application categories, source IP address/port, destination IP address/port, DSCP tags or protocol. [Read more]<br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-AD64ABD4-4388-4CCD-BC16-E993C82817CC.html |

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
|        | The **Configure Rule** dialog box appears. From this dialog box, you can select **Source**, **Destination**, and **Application** characteristics to match. Given a match, the Firewall action defined in the rule will be applied. <br><br> 2. In the **Match** area of the **Configure Rule** dialog box, there are three sections to configure the traffic: **Source**, **Destination**, and **Application**. See the steps below to configure the **Source** section of the **Match** area. <br><br> 3. In the **Source** section, click the **Define** button if you want to narrow the source traffic to a specific VLAN, an IP Address, or MAC Address, as described in the steps that follow. <br><br> 4. By default, the **Any** button is selected. If you click the **Define** button, complete the appropriate options in the sub steps below. <br><br>    a. **None**: Selected by default. <br><br>    b. **VLAN**: Click the VLAN radio button and choose the appropriate VLAN from the drop-down menu. <br><br>    c. **IP Address**: Click the IP Address radio button and type in the IP Address and choose one of the three options from the drop-down menu. <br><br>       **Note:** <br>       **Wildcard Mask** and **Subnet Mask** are new for the 3.3.1 release. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | <br><br>|

| Option | Description |
|---|---|
| **CIDR prefix** | Choose this option if you want the network defined as a CIDR value (for example: `172.10.0.0 /16` ). |
| **Subnet mask** | Choose this option if you want the network defined based on a Subnet mask (for example, `172.10.0.0 255.255.0.0` ). |
| **Wildcard Mask** | Choose the Wildcard mask option if you want the ability to narrow the enforcement of a policy to a set of devices across different IP subnets that share a matching host IP address value. The Wildcard mask matches an IP or a set of IP addresses based on the inverted Subnet mask. A '0' within the binary value of the mask means the value is fixed and a 1 within the binary value of the mask means the value is wild (can be 1 or 0). For example, a Wildcard mask of 0.0.0.255 (binary equivalent = 00000000.00000000.00000000.11111111) with an IP Address of 172.0.0, the first three octets are fixed values and the last octet is a variable value.<br><br>**Note:**<br><br>After you set up this rule using a Wildcard mask, you are narrowing the number of clients this rule applies to. |

d. **MAC Address**: Type in the MAC Address in the appropriate text box.

e. **Ports**: Type in the ports in the appropriate text box.

*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html

| Claims | Exemplary Infringement Evidence |
|---|---|
| | ## Outbound Firewall Rules<br><br>Click **New Rule** to add a new Firewall rule. The following dialog box appears. Using the dialog box, you can select Source, Destination, and Application characteristics to match. Given a match, the Firewall action defined in the rule will be applied.<br><br><br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html |
| [15c] a processor coupled to the forwarding circuit and to the memory circuit, the processor operable to | Each Accused Product comprises a processor coupled to the forwarding circuit and to the memory circuit, the processor operable to define the specific packets detected by the forwarding circuit and operable to process the specific packets stored in the memory circuit using the enhanced access control list to generate the dynamic access control list and store the dynamic access control list in the memory circuit, and further operable to provide the specific packets to the processor port of the forwarding circuit after processing the packets. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| define the specific packets detected by the forwarding circuit and operable to process the specific packets stored in the memory circuit using the enhanced access control list to generate the dynamic access control list and store the dynamic access control list in the memory circuit, and further operable to provide the specific packets to the processor port of the forwarding | **Virtual Edge Specifications** <br><br> (table below) <br><br> *See* VMware SD-WANTM by VeloCloud at p. 7. |

**Virtual Edge Specifications**

|  | 2 vCPU | 4 vCPU | 8 vCPU | 10 vCPU |
|---|---|---|---|---|
| Maximum Performance | 250 Mbps | 1 Gbps | 4 Gbps | 4 Gbps |
| Maximum Tunnel Scale | 50 | 400 | 800 | 2000 |
| Minimum Memory (DRAM) | 4 GB | 8 GB | 8 GB | 8 GB |
| Minimum Storage | 8 GB | 8 GB | 8 GB | 8 GB |
| Supported Hypervisors | ESXi 6.0, 6.5U1, 6.7U1, KVM Ubuntu 14.04 LTS or 16.04 | | | |
| Supported Public Cloud | AWS, Azure | | | |
| Support Network I/O | SR-IOV, VirtIO, VMXNET3 | | | |
| Recommended Host Settings | • CPUs at 2.0 GHz or higher <br> • CPU support for AES-NI, SSE3, SSE4 ,and RDTSC instruction set <br> • Hyper-threading disabled | | | |

*See* VMware SD-WANTM by VeloCloud at p. 7.

25

| Claims | Exemplary Infringement Evidence |
|---|---|
| circuit after processing the packets. | Memory, storage, and third party VNFs |

Memory, storage, and third party VNFs

| Edge | 510, 510N | 510-LTE | 520 | 520V | 540 | 610, 610C, 610N | 610-LTE | 620, 620C, 620N |
|---|---|---|---|---|---|---|---|---|
| System memory (RAM) | 4 GB | 4 GB | 4 GB | 8 GB | 8 GB | 4 GB | 4 GB | 8 GB |
| System flash | 8 GB | 8 GB | 8 GB | 8 GB | 8 GB | 16 GB | 16 GB | 16 GB |
| System storage | | | | 64 GB (SSD) | | | | 120 GB (SSD) |
| VNF capable (initial release) | No | No | No | Yes (3.2.0) | No | No | No | Yes (3.4.3) |

| Edge | 640, 640C, 640N | 680, 680C, 680N | 840 | 2000 | 3400, 3400C | 3800, 3800C | 3810 |
|---|---|---|---|---|---|---|---|
| System memory (RAM) | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB | 32 GB |
| System flash | 16 GB | 16 GB | n/a | n/a | n/a | n/a | n/a |
| System storage | 120 GB (SSD) | 120 GB (SSD) | 100 GB (SSD) | 100 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) | 256 GB (SSD) |
| VNF capable (initial release) | Yes (3.4.3) | Yes (3.4.3) | Yes (3.2.0) | No | Yes (4.3.0) | Yes (4.3.0) | Yes (4.3.0) |

*See* https://sase.vmware.com/content/dam/digitalmarketing/vmware-sase/pdfs/sdwan-712-edge-platform-spec-ds-1020.pdf

26

| Claims | Exemplary Infringement Evidence |
|---|---|
| | ## VMware SD-WAN Edge 5X0<br><br>Model Number: Edge 5X0<br><br>Part Numbers: Edge 520, Edge 540<br><br>The SD-WAN Edge 5x0 series includes the following:<br>• 2 Gigabit Ethernet connections<br>• LAN/WAN configurable, 2G SFP WAN connection<br><br>Follow the steps below to install the Edge in the standard configuration.<br><br>*See* https://sase.vmware.com/resources/edge-520<br><br>A thin "Edge" that is zero IT touch provisioned from the cloud for secured, optimized connectivity to your apps and virtualized services. The VeloCloud Edges are zero-touch, enterprise-class devices or virtual software that provide secure and optimized connectivity to private, public and hybrid applications; compute; and virtualized services. VeloCloud Edges perform deep application recognition, application and per-packet steering, on-demand remediation performance metrics and end-to-end quality of service (QoS) in addition to hosting Virtual Network Function (VNF) services. An Edge pair can be deployed to provide High Availability (HA). Edges can be deployed in branches, large sites and data centers. All other network infrastructure is provided on-demand in the cloud.<br><br>The VeloCloud Orchestrator provides centralized enterprise-wide configuration and real-time monitoring, as well as orchestrates the data flow into and through the SDWAN overlay network. Additionally, it provides the one-click provisioning of virtual services across Edges, in centralized and regional enterprise service hubs and in the cloud.<br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-16C592CA-8F02-4CEF-B8FB-769A0CDA0231.html |

| Claims | Exemplary Infringement Evidence |
|---|---|
| |  *Figure 1 VMware SD-WAN by VeloCloud*<br><br>*See* VMware SD-WANTM by VeloCloud at p. 2.<br><br>Profiles provide a composite of the configurations created in Networks and Network Services. It also adds configuration for Business Policy and Firewall rules. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-D174B662-089C-4EC9-A389-682363C40ADF.html  *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-D583722C-9B15-444D-9B84-05BA0B1FDA94.html |

| Claims | Exemplary Infringement Evidence |
|--------|--------------------------------|
| | The following steps are typically followed when creating a new Profile: <br><br> 1. Create a Profile <br><br> 2. Configure Device <br><br>     a. Select Network <br><br>     b. Assign Authentication/DNS <br><br>     c. Configure Interface Settings <br><br> 3. Enable Cloud VPN <br><br> 4. Configure Business Policy <br><br> 5. Configure Firewall <br><br> 6. Review Profile Overview <br><br> *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-8C960BF4-AE88-4C9D-9750-FA96FBA1C0F3.html |

| Claims | Exemplary Infringement Evidence |
|---|---|
| |  *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html |

31

| Claims | Exemplary Infringement Evidence |
|---|---|
| |  |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-8C960BF4-AE88-4C9D-9750-FA96FBA1C0F3.html <br><br> VeloCloud provides multiple types of firewall configuration. Firewall configuration is defined using the Firewall tab in a Profile. Firewall configuration is for inbound and outbound firewalls and to define direct Edge access. <br> *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-AD64ABD4-4388-4CCD-BC16-E993C82817CC.html <br><br> **Configure Firewall Rules** <br> Firewall rules are used to configure Allow or Deny Access Control List (ACL) rules. The rules are used to determine what traffic is allowed between VLANs or out from the LAN to the Internet. The rules can be based on applications, application categories, source IP address/port, destination IP address/port, DSCP tags or protocol. [Read more] <br><br> *See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-AD64ABD4-4388-4CCD-BC16-E993C82817CC.html |

33

| Claims | Exemplary Infringement Evidence |
|--------|----------------------------------|
|        | The **Configure Rule** dialog box appears. From this dialog box, you can select **Source**, **Destination**, and **Application** characteristics to match. Given a match, the Firewall action defined in the rule will be applied.<br><br>2. In the **Match** area of the **Configure Rule** dialog box, there are three sections to configure the traffic: **Source**, **Destination**, and **Application**. See the steps below to configure the **Source** section of the **Match** area.<br><br>3. In the **Source** section, click the **Define** button if you want to narrow the source traffic to a specific VLAN, an IP Address, or MAC Address, as described in the steps that follow.<br><br>4. By default, the **Any** button is selected. If you click the **Define** button, complete the appropriate options in the sub steps below.<br><br>   a. **None**: Selected by default.<br><br>   b. **VLAN**: Click the VLAN radio button and choose the appropriate VLAN from the drop-down menu.<br><br>   c. **IP Address**: Click the IP Address radio button and type in the IP Address and choose one of the three options from the drop-down menu.<br><br>     **Note:**<br><br>     **Wildcard Mask** and **Subnet Mask** are new for the 3.3.1 release. |

| Claims | Exemplary Infringement Evidence |
|---|---|
| | |

| Option | Description |
|---|---|
| CIDR prefix | Choose this option if you want the network defined as a CIDR value (for example: `172.10.0.0 /16` ). |
| Subnet mask | Choose this option if you want the network defined based on a Subnet mask (for example, `172.10.0.0 255.255.0.0` ). |
| Wildcard Mask | Choose the Wildcard mask option if you want the ability to narrow the enforcement of a policy to a set of devices across different IP subnets that share a matching host IP address value. The Wildcard mask matches an IP or a set of IP addresses based on the inverted Subnet mask. A '0' within the binary value of the mask means the value is fixed and a 1 within the binary value of the mask means the value is wild (can be 1 or 0). For example, a Wildcard mask of 0.0.0.255 (binary equivalent = 00000000.00000000.00000000.11111111) with an IP Address of 172.0.0, the first three octets are fixed values and the last octet is a variable value.<br><br>**Note:**<br><br>After you set up this rule using a Wildcard mask, you are narrowing the number of clients this rule applies to. |

d. **MAC Address**: Type in the MAC Address in the appropriate text box.

e. **Ports**: Type in the ports in the appropriate text box.

*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html

| Claims | Exemplary Infringement Evidence |
|---|---|
| | ## Outbound Firewall Rules<br><br>Click **New Rule** to add a new Firewall rule. The following dialog box appears. Using the dialog box, you can select Source, Destination, and Application characteristics to match. Given a match, the Firewall action defined in the rule will be applied.<br><br><br><br>*See* https://docs.vmware.com/en/VMware-SD-WAN/3.3/VMware-SD-WAN-by-VeloCloud-Administration-Guide/GUID-2CA50320-D08E-493E-B7EA-5DBAB441BAD4.html |

36