# Exhibit 3





Expand All

Document
VeloCloud Overview
Solution Components
Capabilities
Network Topologies
Branch Site Topologies
Roles and Privilege Levels
User Role Matrix
Key Concepts
Supported Modems
User Agreement (VCO Login Screen)
Log in to VCO Using SSO for Enterprise User
Monitor the VCO
Configuring VNFs
Configure Segments
Configure Network Services
Configure Profiles
Configure a Profile Device
Cloud VPN
Configure Profile Business Policy
Edge Overview Tab
Configure an Edge Device
Site Configurations
Configure Dynamic Routing with OSPF or BGP
Configure Alerts

# Solution Components

Updated on 05/06/2021

Selected product version: VMware SD WAN 3.3

This section describes VeloCloud solution components.

## VeloCloud Edge

A thin "Edge" that is zero IT touch provisioned from the cloud for secured, optimized connectivity to your apps and virtualized services. The VeloCloud Edges are zero-touch, enterprise-class devices or virtual software that provide secure and optimized connectivity to private, public and hybrid applications; compute; and virtualized services. VeloCloud Edges perform deep application recognition, application and per-packet steering, on-demand remediation performance metrics and end-to-end quality of service (QoS) in addition to hosting Virtual Network Function (VNF) services. An Edge pair can be deployed to provide High Availability (HA). Edges can be deployed in branches, large sites and data centers. All other network infrastructure is provided on-demand in the cloud.

The VeloCloud Orchestrator provides centralized enterprise-wide configuration and real-time monitoring, as well as orchestrates the data flow into and through the SDWAN overlay network. Additionally, it provides the one-click provisioning of virtual services across Edges, in centralized and regional enterprise service hubs and in the cloud.

## VeloCloud Gateways

VeloCloud's network consists of gateways deployed at top tier network points-of-presence and cloud data centers around the world, providing SDWAN services to the doorstep of SaaS, IaaS and cloud network services, as well as access to private backbones. Multi-tenant, virtual Gateways are deployed both by VeloCloud transit and cloud service provider partners. The gateways provide the advantage of an on-demand, scalable and redundant cloud network for optimized paths to cloud destinations as well as zero-installation applications.

**Parent topic:** VeloCloud Overview

« Previous Page Next Page »

In this article
VeloCloud Edge
VeloCloud Gateways

Cookie Settings

## Company

News

Executive Leadership

News & Stories

Investor Relations

Customer Stories

Diversity, Equity & Inclusion

Environment, Social & Governance

Careers

Blogs

Communities

Acquisitions

Office Locations

VMware Cloud Trust Center

COVID-19 Resources

## Support

VMware Customer Connect

Support Policies

Product Documentation

Compatibility Guide

Terms & Conditions

California Transparency Act Statement

Twitter

YouTube

Facebook

LinkedIn

Contact Sales

© 2023 VMware, Inc.   Terms of Use   Your California Privacy Rights   Privacy   Accessibility   Trademarks   Glossary   Help   Feedback