# Exhibit 5



**vmware** Docs

Search for VMware Product Information

EN   VMware Pages

VMware SD-WAN

Product Documentation

Expand All

VMware SD-WAN Product
Documentation

☐ ∨ VeloCloud Administration
Guide

☐ Who Should Read This
Document

☐ › VeloCloud Overview

☐ User Agreement (VCO
Login Screen)

☐ Log in to VCO Using SSO
for Enterprise User

☐ › Monitor the VCO

☐ › Configuring VNFs

☐ Configure Segments

☐ › Configure Network
Services

☐ › Configure Profiles

☐ › Configure a Profile
Device

☐ › Cloud VPN

☐ ∨ Configure Profile
Business Policy

☐ › Create Business
Policy

☐ ∨

**Configure Profile
Firewall**

☐ Configure Firewall
Rules

☐ Create or Select a
Network

☐ › Provision an Edge

☐ › Edge Overview Tab

☐ › Configure an Edge
Device

Docs / VMware SD-WAN / VeloCloud Administration Guide

# Configure Profile Firewall

🔖 Add to Library  |  📡 RSS  |  📄 Download PDF  |  💬 Feedback

📅 Updated on 10/22/2019

Selected product version:   **VMware SD WAN 3.3** ∨

VeloCloud provides multiple types of firewall configuration. Firewall configuration is defined using the Firewall tab in a Profile. Firewall configuration is for inbound and outbound firewalls and to define direct Edge access.

> 📝 **Note:**
>
> If you are logged in using a user ID that has Customer Support privileges, you will only be able to view VeloCloud Orchestrator objects. You will not be able to create new objects or configure/update existing ones.

### Configure Firewall Rules

Firewall rules are used to configure Allow or Deny Access Control List (ACL) rules. The rules are used to determine what traffic is allowed between VLANs or out from the LAN to the Internet. The rules can be based on applications, application categories, source IP address/port, destination IP address/port, DSCP tags or protocol. [Read more]

### Create or Select a Network

This section describes how to create or select a network. [Read more]

**Parent topic:** Configure Profile Business Policy

« Previous Page          Next Page »

Cookie Settings



## Company

Executive Leadership

News & Stories

Investor Relations

Customer Stories

Diversity, Equity & Inclusion

Environment, Social &
Governance

Careers

Blogs

Communities

Acquisitions

Office Locations

VMware Cloud Trust Center

COVID-19 Resources

## Support

VMware Customer Connect

Support Policies

Product Documentation

Compatibility Guide

Terms & Conditions

California Transparency Act
Statement

Twitter

YouTube

Facebook

LinkedIn

Contact Sales

© 2023 VMware, Inc.     Terms of Use     Your California Privacy Rights     Privacy     Accessibility     Trademarks     Glossary     Help   Feedback