# Exhibit 9



vmware Docs Search for VMware Product Information EN VMware Pages

VMware NSX Product Documentation

Expand All

VMware NSX Product Documentation

NSX Administration Guide
- NSX Manager
- Tier-0 Gateways
- Tier-1 Gateway
- Segments
- DHCP
- Host Switches
- Virtual Private Network (VPN)
- Network Address Translation (NAT)
- NSX Advanced Load Balancer (Avi)
- Load Balancer
- Distributed Load Balancer
- Ethernet VPN (EVPN)
- Forwarding Policies
- IP Address Management (IPAM)
- Networking Settings
- Security
  - Firewall Rule Enforcement
  - Security Overview
  - NSX Guest Introspection Platform
  - Security Monitoring
  - Security Terminology
  - Identity Firewall
  - Layer 7 Context Profile

Docs / VMware NSX / NSX Administration Guide

# Monitoring IDS/IPS Events

Add to Library | RSS | Download PDF | Feedback

Updated on 10/19/2022

Selected product version: VMware NSX 4.1

You can monitor events and view data of the last 14 days.

To view intrusion events, navigate to **Security > (and then) IDS/IPS** . You can filter the events based on the following criteria:

- Filter criteria. Select from the following options:

| Filter Criteria | Description |
|---|---|
| Attack Target | Target of the attack. |
| Attack Type | Type of attack, such as trojan horse, or denial of service (DoS). |
| CVSS | Common Vulnerability Score (filter based on a score above a set threshold). |
| Gateway Name | The gateway name on which the event was registered. |
| IP Address | IP address on which the event was registered. |
| Product Affected | Vulnerable product or (version), such as Windows XP or Web_Browsers. |
| Signature ID | Unique ID of the signature rule. |
| VM Name | The VM (based on logical port) on which the event was registered. |

- Traffic: Select from the following options:
  - All traffic
  - Distributed only
  - Gateway only
- Signature actions: Select from the following options:
  - Show all signatures
  - Dropped (Prevented)
  - Rejected (Prevented)
  - Alert (Detect Only)
- Severity rating: Select from the following options:
  - Critical
  - High
  - Medium
  - Low
  - Suspicious

Cookie Settings

You can toggle the **Timeline** button to view or hide the timeline graph that is based on severity ratings. The graph presents events that occurred over a selected time span. You can zoom in to the specific time window on this graph to view details of signatures of the related events that happened during the time window.

On the timeline graph, colored dots indicate the unique type of intrusion events and can be clicked for details. The size of the dot indicates the number of times an intrusion event has been seen. A blinking dot indicates that an attack is ongoing. Point to a dot to see the attack name, number of attempts, first occurrence, and other details.

- Red dots - represent critical severity signature events.
- Orange dots - represent high severity signature events.
- Yellow dots - represent medium severity signature events.
- Gray dots - represent low severity signature events.
- Purple - represent suspicious severity signature events.

All the intrusion attempts for a particular signature are grouped and plotted at their first occurrence.

Click the arrow next to an event to view details.

| Detail | Description |
| --- | --- |
| Impact Score | Impact score is a combined value of risk score (the severity of the threat) and the confidence score (strength of the detection being correct). |
| Severity | Signature severity of the intrusion. |
| Last Detected | This is the last time the signature was fired. |
| Details | Brief description of what the signature is targeting. |
| Users Affected | Number of users who were impacted by the event. |
| Workloads | Number of workloads affected. Click to view affected workload details. |
| CVE Details | CVE reference of the vulnerability targeted by the exploit. |
| CVSS | Common Vulnerability Score of the vulnerability targeted by the exploit. |
| Intrusion Event Details (latest occurrence) - Source | IP address of the attacker and source port used. |
| Intrusion Event Details (latest occurrence) - Gateway | Edge node details that contain the workload on which the event was registered. |
| Intrusion Event Details (latest occurrence) - Hypervisor | Transport node details that contain the workload on which the event was registered. |
| Intrusion Event Details (latest occurrence) - Target | IP address of the victim and destination port used. |
| Attack Direction | Client-Server or Server-Client. |
| Attack Target | Target of the attack. |
| Attack Type | Type of attack, such as trojan horse, or denial of service (DoS). |
| Product Affected | Illustrates what product is vulnerable to the exploit. |
| Total Events | Total number of intrusion attempts for the event. |

| | |
|---|---|
| Intrusion Activity | Displays the total number of times this particular IDS signature was triggered, the most recent occurrence, and the first occurrence. |
| Service | Protocol information associated with the event. |
| Signature ID | Unique ID of the IDS signature. |
| Signature Revision | The revision number of the IDS signature. |
| Mitre Technique | MITRE ATT&CK technique describing the detected activity. |
| Mitre Tactic | MITRE ATT&CK tactic describing the detected activity. |
| Associated IDS Rule | Clickable link to the configured IDS Rule which resulted in this event. |

To view full intrusion history, click the **View Full Event History** link. A window opens with the following details:

| Detail | Description |
|---|---|
| Time Detected | This is the last time the signature was fired. |
| Traffic Type | This could be Distributed or Gateway. Distributed indicates East-West traffic flow and Gateway indicates North-South traffic flow. |
| Workloads/IPs Affected | Number of virtual machines or IP addresses which has hit the given attack or vulnerability for a given traffic flow. |
| Attempts | Number of intrusion attempts made for an attack or vulnerability during a given traffic flow. |
| Source | IP address of the attacker. |
| Destination | IP address of the victim. |
| Protocol | Traffic protocol of the detected intrusion. |
| Rule | Rule to which the signature belongs (through the profile). |
| Profile | Profile to which the signature belongs. |
| Action | Any of the following actions that was triggered against the event:<br>- Drop<br>- Reject<br>- Alert |

You can also filter intrusion history based on the following criteria:

- Action
- Destination IP
- Destination Port
- Protocol
- Rule
- Source IP
- Source Port
- Traffic Type

## Remote logging

## Remote logging

NSX components write to log files in the directory `/var/log`. On NSX appliances, NSX syslog messages conform with RFC 5424. On ESXi hosts, syslog messages conform with RFC 3164.

There are three event log files in the `/var/log/nsx-idps` folder on ESXi hosts:

- fast log - Contains internal logging of nsx-idps process events, with limited information and is used only for debugging purposes.
- nsx-idps-log - Contains general nsx-idps process logs with basic information and errors about the process workflow.
- nsx-idps-events.log - Contains detailed information about events (all alerts/drops/rejects) with NSX metadata.

To enable the sending of NSX IDS/IPS logs to a central log repository, use the following APIs.

Run the following API to query the current settings.

```
GET https://<Manager-IP>/api/v1/global-configs/IdsGlobalConfig
```

```
{
  ...
  "global_idsevents_to_syslog_enabled": false,
  ...
}
```

If the *global_idsevents_to_syslog.enabled* variable is set to false, run the following API to set it to true.

```
PUT https://<Manager-IP>/api/v1/global-configs/IdsGlobalConfig
```

```
Result:
    {
      "global_idsevents_to_syslog_enabled": true,
      "_revision": <revision number from GET>
    }
```

These events are exported directly from ESXi hosts so ensure remote syslog is configured on the ESXi host.

You must also ensure that the NSX manager and ESXi hosts are also setup to forward syslog messages to the central log repository.

For more information about configuring remote logging, see Configure Remote Logging and all related information under the section Log Messages and Error Codes.

**Parent topic:** NSX IDS/IPS and NSX Malware Prevention

« Previous Page                    Next Page »

vmware®

Company
About Us
Executive Leadership
News & Stories
Investor Relations
Customer Stories
Diversity, Equity & Inclusion
Environment, Social & Governance

Careers
Blogs
Communities
Acquisitions
Office Locations
VMware Cloud Trust Center
COVID-19 Resources

Support
VMware Customer Connect
Support Policies
Product Documentation
Compatibility Guide
Terms & Conditions
California Transparency Act Statement

Twitter
YouTube
Facebook
LinkedIn
Contact Sales

© 2023 VMware, Inc.   Terms of Use   Your California Privacy Rights   Privacy   Accessibility   Trademarks   Glossary   Help   Feedback

https://docs.vmware.com/en/VMware-NSX/4.1/administration/GUID-852AADD3-653F-4C1C-A10E-24D03B4084CA.html                Page 4 of 5