# Exhibit 14

- Blogs (https://blogs.vmware.com/)
- Podcasts (https://podcasts.vmware.com/)
- Customer Connect (https://customerconnect.vmware.com/login)

Help (/t5/Resources/ct-p/15000-home)   Browse

# VMTN Communities (/)

REGISTER / SIGN IN (/PLUGINS/COMMON/FEATURE/SAML/DOAUTH/POST?REFERER=HTTPS%3A%2F%2FCOMMUNITIES.VMWARE.COM%2FT5%2FVMWARE-NSX-DOCUMENTS%2FVMWARE-NSX-T-REFERENCE-DESIGN%2FTA-P%2F2778093)

All   Cloud & SDDC (/t5/Cloud/ct-p/9000-home)   Networking (/t5/SDDC/ct-p/4000-home)   Workspace (/t5/SDDC/ct-p/3000-home)

Modern Apps (/t5/Modern-Apps/ct-p/29000-home)   Edu & Cert (/t5/Education-and-Certification/ct-p/5500-home)

Support (/t5/SDDC/ct-p/6000-home)   Betas (/t5/SDDC/ct-p/5000-home)   Social (/t5/Social-House/ct-p/18000-home)

VMware Technology Network (/) › Networking (/t5/Networking/ct-p/4000-home)
› VMware Technology Network Knowledge Base (/t5/tkb/communitypage)
› Networking Knowledge Base (/t5/Networking/tkbc-p/4000-home)
› VMware NSX Knowledge Base (/t5/VMware-NSX/tkbc-p/3999-home)
› VMware NSX Documents (/t5/VMware-NSX-Documents/tkb-p/4002) › VMware® NSX-T Reference Design

## VMware® NSX-T Reference Design 🔗

**Authors: VMware NSX Technical Product Management Team**

This is the NSX-T Reference Design Page.

This updated version of the document aligns with NSX version 3.2. It includes a multitude of updates. Highlights are:

- Updated platform overview and positioning in chapter 1
- OSPF, EVPN, Multicast, Edge HA updates in chapter 4
- Expansion and update of the design guidelines in chapter 7
- Expansion of the performance and optimization guidelines in chapter 8

Readers are encouraged to send feedback to NSXDesignFeedback_at_groups_vmware_com (replace at and underscores)

We will continue updating this document, so please re-download this document.

--The VMware NSX Product Management

### Version history

**Revision #:** 19 of 19
**Last update:** 02-23-2023 05:13 PM
**Updated by:**  luca19100 (https://communities.vmware.com/t5/...)

View Article History (/t5/tkb/articlehistorypage...)

### Contributors

NimishDesai (https://communities... (/t5/user/viewprofilepage/user-id/2047035)

luca19100 (https://communities.vm... (/t5/user/viewprofilepage/user-id/2800060)

design guide (/t5/tag/design%20guide/tg-p/board-id/4002)
kvm (/t5/tag/kvm/tg-p/board-id/4002)
ncp (/t5/tag/ncp/tg-p/board-id/4002)
network virtualization (/t5/tag/network%20virtualization/tg-p/board-id/4002)
nsx best practice (/t5/tag/nsx%20best%20practice/tg-p/board-id/4002)
nsx-t (/t5/tag/nsx-t/tg-p/board-id/4002)
nsxcloud (/t5/tag/nsxcloud/tg-p/board-id/4002)
sddc (/t5/tag/sddc/tg-p/board-id/4002)
sdn (/t5/tag/sdn/tg-p/board-id/4002)
software defined networking (/t5/tag/software%20defined%20networking/tg-p/board-id/4002)
vmware sdn (/t5/tag/vmware%20sdn/tg-p/board-id/4002)

Cookie Settings

### Attachments

 NSX-T Reference Design Guide 3-2_v1.2.pdf (htt…
(/wbsdv95928/attachments/wbsdv95928/4002/82/11/NSX-T%20Reference%20Design%20Guide%203-2_v1.2.pdf)

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778093?t:ac=blog-id/4002/a

COMMENTS

07-16-2018 01:02 PM

**RaymundoEC** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1790966)

thanks for this guys !

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778094?t:ac=blog-id/4002/a

04-09-2019 10:45 AM

**WSFGJasonC** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1827304)

Will there be an update to this for 2.4?

04-10-2019 06:38 AM

**mauricioamorim** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4224432)

This is being worked on and an update shall be released soon.

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778096?t:ac=blog-id/4002/a

04-23-2019 12:10 AM

**kevin8611** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2729017)

looking forward to it~



05-07-2019 03:32 PM

**architect1967** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3608720)

Great document. When is update expected for NSX-T 2.4 (or 2.5)?



05-08-2019 10:42 AM

**mauricioamorim** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4224432)

We don't have an ETA yet, but it is being worked on.



05-26-2019 12:11 PM

daphnissov (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2568444)

The current revision of this paper was authored coming up on a year and a half ago. Until the next revision focusing on 2.4 is released, what are the biggest caveats of which to be aware in this document compared to the current version?



05-27-2019 05:28 AM

**mauricioamorim** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4224432)

Some documents have been posted with some of the biggest differences: new unified appliance (NSX-T Manager Cluster External LB by NSX-T (https://communities.vmware.com/docs/DOC-39390) ) and Multi-site Lite (NSX-T Multisite Lite (https://communities.vmware.com/docs/DOC-39405) ). I would say another big difference that will probably be on the updated design guide is regarding N-VDS and transport zones design and mapping to physical NICs.

We are all eager and hoping the updated design guide is published soon.

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778101?t:ac=blog-id/4002/a



07-18-2019 06:38 AM

jcaamanosuse (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3729071)

**mauricioamorim NimishDesai**

Chapter 6.3.3, figure 6.8 vaguely suggests how other non NSX-T networks (like storage) can be run through the KVM N-VDS. Will the updated document include more details on this or can you provide details on what would be the vmware recommended or future-proof way to do it, as there are different options and all of them exposed to interfere with NSX-T own management of the N-VDS.

Thanks.

07-24-2019 10:45 AM

TimmyA6477 (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1093835)

Bump.  Any update on the new documentation?



07-25-2019 08:41 AM

**steffen_richter** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/413603)

With all the changes in 2.4 I cannot believe that there is *still* no updated reference guide available. Makes life in the real world really hard. And some customers want to see such stuff too, otherwise they will not accept a given design.

At least the VVD has some tidbits in the Workload Domain section about T, though they do not cover it all or go into too much detail.

Is there any chance that there will be Reference Guide for 2.4 finally, or maybe only for 2.5?

Hard to convince customers to adopt T with that much delay, esp. in these times.

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778104?t=ac=blog-id/4002/a



07-29-2019 01:10 AM

**vfk** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1682775)

I concur, the design guide should be a living document that keeps up with the release cycle where appropriate. It should be moved to docs.vmware.com and have a regular update same as the VVD.

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778105?t=ac=blog-id/4002/a



08-15-2019 08:24 PM

**NimishDesai** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2047035)

The new design will likely be posted on first week of September, after the release of NSX-T 2.5. I appreciate all the ask from loyal customer.

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778106?t=ac=blog-id/4002/a



09-17-2019 12:09 AM

**scanda** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1027099)

Is there any news about the next release? September arrived 😉



09-17-2019 07:18 AM

**NimishDesai** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2047035)

**NimishDesai** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2047035)

You are right, we are waiting for NSX-T 2.5 release and it got delayed. Very likely this week 😊. We are finishing last bit to error checking and update to guide.. Thanks for you patient and watching my promises 😊

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778108?t:ac=blog-id/4002/a



10-17-2019 12:20 PM

**zforce** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/30875)

The instructions in Appendix 3 have some errors.

Step 2.b should be modified to take the document output from step 2.a and modify the failure_domain_id and use that as the data for the PUT. You can use this jq query

```
fd_id="$fd_id" jq '.failure_domain_id = env.fd_id' transport-node-respon
```

Step 3.a has "allocation_rules": [FD1], but it should be

```
allocation_rules=[ { "action" : { "enabled" : true, "action_type" : "All
```

If you're looking for a jq query to make the change you can use:

```
jq '.allocation_rules = [ { "action" : { "enabled" : true, "action_type"
```



10-24-2019 06:21 AM

**bi11y82** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3063106)

Any news on the new Design Guide? 😊



10-24-2019 06:27 AM

**daphnissov** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2568444)

It's been posted.



10-24-2019 06:44 AM

**bi11y82** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3063106)

ah right! The guide version confused me (was expecting 2.5). Thank you for your prompt response! 😊



12-20-2019 08:03 AM

vfk (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1682775)

can you please produce epub version of the guide please?



04-08-2020 04:10 AM

vvermani3 (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3780047)

Just wondering… if there are any plans to update the design guide to include NSX-T 3.0 released yesterday ?

Many thanks in anticipation!

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778114?t:ac=blog-id/4002/ar



04-11-2020 12:19 PM

degra_akokszy (https://communities.vmware.com/t5/user/viewprofilepage/user-id/5370765)

Also looking forward to update to NSX-T 3.0

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778115?t:ac=blog-id/4002/ar



04-13-2020 11:30 AM

JRHelgesonX (https://communities.vmware.com/t5/user/viewprofilepage/user-id/5014663)

Adding my name to this list as well - eagerly looking forward to the update for NSX-T 3.0.



04-24-2020 12:31 PM

ccrcabiuki (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3784559)

Is NSX-T a replacement for NSX-V? is this a correct observation?



04-27-2020 02:43 AM

steffen_richter (https://communities.vmware.com/t5/user/viewprofilepage/user-id/413603)

If you take a look at the Lifecycle Matrix you can see that NSX-v has its end of general support in January 2022, and there will be no further NSX-v releases. NSX-T is somehow its successor - same same but different. Not sure if I´d call it a replacement, but T is the way forward.



06-14-2020 12:37 PM

MGunji (https://communities.vmware.com/t5/user/viewprofilepage/user-id/920221)

Any ETA on update for this design guide in including new features that come in NSX-T 3.0 ?

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778119?t:ac=blog-id/4002/a...



08-08-2020 08:46 PM

LeoPastor (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1004939)

No news yet about version 3?

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778120?t:ac=blog-id/4002/a...



08-19-2020 01:29 AM

steffen_richter (https://communities.vmware.com/t5/user/viewprofilepage/user-id/413603)

When is the Design Guide updated to 3.0 finally?

The GA of the product has been more than 4 months ago now. If VMware wants the customers to adapt the product, a current Reference Desgin Guide is mandatory. We are still deploying mostly 2.5 because the customers dont feel confident without an official design guidance confirming several critical design decisions - apart from missing guidance on newer features like VRF or Federation.

VMware, its about time to get a tad bit more agile in this topic, please!

👍 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778121?t:ac=blog-id/4002/a...



09-03-2020 08:19 AM

ddanilidis (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3823222)

Now is 3.0.1.1 is released. Still no Design Guide. May be they are preparing it to the next version ? Possibly 4.0 )



                                                                                   09-29-2020 02:48 AM

OmarHermannsson (https://communities.vmware.com/t5/user/viewprofilepage/user-id/5200684)

It would be lovely if we could at least get a comment from someone at VMware about when or if we can expect an updated guide. I feel that the changes in 3.0 are enough to warrant an updated reference design for sure.

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778123?t:ac=blog-id/4002/a

                                                                                   10-08-2020 10:23 PM

ZibiM (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4944551)

Word of the mouth from the last week - it will be really soon, it's in the validation phase.

We need to be patient little bit more.

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778124?t:ac=blog-id/4002/a

                                                                                   10-14-2020 07:21 AM

rahulbajaj1986 (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4830064)

Still waiting for version 3.x design guide

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778125?t:ac=blog-id/4002/a

                                                                                   10-17-2020 12:43 PM

KSammy (https://communities.vmware.com/t5/user/viewprofilepage/user-id/2072727)

Any update on v3.0 Design Guide? The silence is deafening.

 (https://communities.vmware.com/t5/tkb/v2_4/articlepage.kudosbuttonv2.kudoentity:kudoentity/kudosable-gid/2778126?t:ac=blog-id/4002/a

                                                                                   11-22-2020 10:06 PM

shekaran29 (https://communities.vmware.com/t5/user/viewprofilepage/user-id/3088163)

Hello Team ,

Is there a updated version for NSX 3.0 or should we use the same guide ?



12-02-2020 10:23 AM

aakalan (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1006701)

Still waiting an update for NSX-T 3.x design guide



12-16-2020 11:18 AM

**dtokarev** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/5462208)

@aakalan (/t5/user/viewprofilepage/user-id/1006701) are you looking for any of these:
https://communities.vmware.com/t5/VMware-NSX-Documents/VMware-NSX-for-vSphere-Network-Virtualization... (https://communities.vmware.com/t5/VMware-NSX-Documents/VMware-NSX-for-vSphere-Network-Virtualization-Design-Guide-ver-3/ta-p/2776664)

https://communities.vmware.com/t5/VMware-NSX-Documents/NSX-T-3-0-Edge-Design-Step-by-Step-UI-workflo... (https://communities.vmware.com/t5/VMware-NSX-Documents/NSX-T-3-0-Edge-Design-Step-by-Step-UI-workflow/ta-p/2786139)

https://communities.vmware.com/t5/VMware-NSX-Documents/NSX-T-3-1-Multi-Location-Design-Guide-Federat... (https://communities.vmware.com/t5/VMware-NSX-Documents/NSX-T-3-1-Multi-Location-Design-Guide-Federation-Multisite/ta-p/2810327)



12-18-2020 01:54 PM

iforbes (https://communities.vmware.com/t5/user/viewprofilepage/user-id/113167)

@dtokarev (/t5/user/viewprofilepage/user-id/5462208) Thanks!



12-19-2020 06:13 AM

**RaymundoEC** (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1790966)

txs!



12-21-2020 12:45 PM

ubecerro (https://communities.vmware.com/t5/user/viewprofilepage/user-id/1422049)

Hi!.. I leave you another link of interest

https://nsx.techzone.vmware.com/resource/nsx-t-30-operation-guide?src=so_5a314d05e49f5&cid=701340000... (https://nsx.techzone.vmware.com/resource/nsx-t-30-operation-guide?src=so_5a314d05e49f5&cid=70134000001skjn#_Toc90687)

Regards,

Ulises

---

11-02-2022 09:34 AM

ayaflash (https://communities.vmware.com/t5/user/viewprofilepage/user-id/560193)

Is there a new update for NSX 3.2 with the new ATP features?

thanks

Julienne

---

01-10-2023 08:38 AM

odraghi (https://communities.vmware.com/t5/user/viewprofilepage/user-id/4862226)

I think there is an error page 160 for Proxy ARP Support (Table 4-6).

In NSX 3.2 it is also supported for Active/Active Tier 0 .
See Release note: https://docs.vmware.com/en/VMware-NSX/3.2/rn/vmware-nsxt-data-center-32-release-notes/index.html (https://docs.vmware.com/en/VMware-NSX/3.2/rn/vmware-nsxt-data-center-32-release-notes/index.html)

---

06-20-2023 02:54 AM

ehsanorveh1 (https://communities.vmware.com/t5/user/viewprofilepage/user-id/5630090)

Hello and thank you for This great guide.

Can we use this for NSX v.4? Is it applicable?

---

vmware® (https://www.vmware.com/)

Company

About Us (https://www.vmware.com/company.html)

Careers (https://careers.vmware.com/)

Blogs (https://blogs.vmware.com/)

Executive Leadership (https://www.vmware.com/company/leadership.html)

Communities (https://communities.vmware.com/)

Support

VMware Customer Connect (https://www.vmware.com/go/customerconnect)

Support (https://www.vmware.com/support.html)

Twitter (https://twitter.com/VMware)

YouTube (https://www.youtube.com/user/vmware)

https://communities.vmware.com/t5/VMware-NSX-Documents/VMware-NSX-T-Reference-Design/ta-p/2778093

Page 10 of 11

Leadership
News & Stories (https://news.vmware.com)
Investor Relations (https://ir.vmware.com)
Customer Stories (https://www.vmware.com/company/customers.html)
Diversity, Equity & Inclusion (https://www.vmware.com/company/diversity.html)
Environment, Social & Governance (https://www.vmware.com/company/esg.html)

Communities (https://communities.vmware.com/)
Acquisitions (https://www.vmware.com/company/acquisitions.html)
Office Locations (https://www.vmware.com/company/office_locations.html)
VMware Cloud Trust Center (https://cloud.vmware.com/trust-center)
COVID-19 Resources (https://news.vmware.com/esg/global-response-to-covid-19)

Support Policies (https://www.vmware.com/support/policies.html)
Product Documentation (https://docs.vmware.com)
Compatibility Guide (https://www.vmware.com/resources/compatibility/search.php)
Terms & Conditions (https://www.vmware.com/agreements.html)
California Transparency Act Statement (https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/company/modern-slavery-california-statement-2021.pdf)

 Facebook (https://www.facebook.com/vmware)
 LinkedIn (https://www.linkedin.com/company/vmware)
 Contact Sales (https://www.vmware.com/company/contact_sales.html)

© 2023 VMware, Inc.   Terms of Use (https://www.vmware.com/help/legal.html)   Your California Privacy Rights (https://www.vmware.com/help/privacy/california-privacy-rights.html)   Privacy (https://www.vmware.com/help/privacy.html)   Accessibility (https://www.vmware.com/help/accessibility.html)   Trademarks (https://www.vmware.com/help/trademarks.html)   Glossary (https://www.vmware.com/topics/glossary.html)   Help (https://www.vmware.com/help.html)   Feedback