# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC., <br><br> Defendant. | Case No. 1:23-cv-00929-DAE <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Lionra Technologies Limited's ("Lionra") Unopposed Motion to extend the deadline for Lionra to respond to Defendant VMware, Inc.'s ("VMware") Motion to Dismiss (Dkt. No. 26). The Court, having considered the Motion, finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Lionra to respond to VMware's Motion to Dismiss is extended to January 16, 2024.

SIGNED on this Third day of January, 2024.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE